■ THOMAS A. LEAHY, Appellant, v U.S. NATIONAL BANK ASSOCIATION, Respondent. [63 NYS3d 862]—Order, Supreme Court, New York County (Richard F. Braun, J.), entered February 15, 2017, which granted defendant's motion to dismiss the fourth amended complaint, unanimously affirmed, without costs.

The complaint fails to state causes of action for negligence and negligent misrepresentation, given the absence of allegations that would establish a duty owed to plaintiff by defendant or a special relationship of trust or confidence between the parties (*see Kimmell v Schaefer*, 89 NY2d 257, 263 [1996]; *Ravenna v Christie's Inc.*, 289 AD2d 15 [1st Dept 2001]). Concur—Friedman, J.P., Gische, Kapnick, Kahn and Moulton, JJ.